IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3:12 cr 022 |
| | : | |
| vs. | : | INDICTMENT |
| | : | 29 U. S. C. § 501(c) |
| CLAUDE HUFF, | : | |
| | : | |
| Defendant. | : | |

THE GRAND JURY CHARGES THAT:

### COUNT 1
### [29 U.S.C. § 501(c)]

Between on or about February 15, 2007 and November 16, 2010 in the Southern District of Ohio, the defendant CLAUDE HUFF, while an officer, that is, President-Business Agent of Amalgamated Transit Union Local 1385, a labor organization engaged in an industry affecting interstate commerce, did embezzle, steal and unlawfully and willfully abstract and convert to his own use and the use of another the moneys, funds, securities, property, and other assets of said labor organization in an amount exceeding $100,000.00.

In violation of Title 29, United States Code, Section 501(c).

A T R U E B I L L

/S/
_____
F O R E P E R S O N

CARTER M. STEWART
UNITED STATES ATTORNEY

BRENDA SHOEMAKER
Financial Crimes Chief